UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM H. WILLIAMS,

    Plaintiff,

v.

    Case Number 10-12758
    Honorable David M. Lawson
    Magistrate Judge R. Steven Whalen

GREEKTOWN CASINO HOTEL,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation,

It is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and without costs or attorney's fees.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge

Dated: June 30, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2011.

    s/Deborah R. Tofil
    DEBORAH R. TOFIL